**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

**FILED**

**DEC 0 1 2015**

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY



MARTIN L. SUAREZ-MARTINEZ
AND STEPHANIE L. SUAREZ-
OLIVER (H&W)

　　　　　　Plaintiffs,

v.

WELLS FARGO BANK, N.A.

　　　　　　Defendant.

_____/

Case No. 14-cv-1322-M

Hon. Judge Vicki Miles-LaGrange

### CERTIFICATE OF COMPLIANCE

This is to certify that an Amended true and correct copy of Notice of Deposition

dated November 30, 2015 and a copy of the DWQ were served on the Defendant by US

Mail, on November 30, 2015 at the following address:

PIERCE COUCH HENDRICKSON
BAYSINGER AND GREEN, LLP
1109 North Francis
Oklahoma City, Oklahoma 73106
(405) 235-1611

_____
Martin L. Suarez Martinez, for Plaintiff(s)
1640 NW 27TH ST
LAWTON, OK 73505
(580) 355-2503

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I CERTIFY that a copy of the foregoing was provided by U.S. mail this __30__ day of November, 2015 to:

Defendant's Attorney:         PIERCE COUCH HENDRICKSON
BAYSINGER AND GREEN, LLP
1109 North Francis
Oklahoma City, Oklahoma 73106
(405) 235-1611

_____, for Plaintiffs
Martin L. Suarez Martinez,
1640 NW 27TH ST
LAWTON, OK 73505
(580) 355-2503

M & S Suarez
1640 NW 27TH ST
LAWTON, OK

OKLAHOMA CITY OK 730

30. NOV 2015 PM 6 L



FOREVER

Clerk, United States District Court
Western District of Oklahoma
200 N.W. 4th Street, Room 1210
Oklahoma City, OK 73102

RECEIVED

DEC 0 1 2015

BY CLERK, U.S. DISTRICT COURT

DEPUTY

7310230271O