

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

JAN 6 2016

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ DEPUTY

MARTIN L. SUAREZ-MARTINEZ
AND STEPHANIE L. SUAREZ-OLIVER
(H&W)

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.

    Defendant.

Case No. 14-cv-1322-M

Hon. Judge Vicki Miles-LaGrange

## CERTIFICATE OF COMPLIANCE

This is to certify that a NOTICE OF REQUEST FOR PRODUCTION OF DOCUMENTS TO NON-PARTY, and REQUEST FOR PRODUCTION OF DOCUMENTS TO NON-PARTY, true and correct copy dated December 21, were served on the Non-party Defendant's attorney and Defendant by USPS Certified Mail, on December 22, 2015 at the following address:

USPS Certified Mail 70151660000077016922
Mark E. Hardin, attorney for Brooke Ann Bosier
907 South Detroit, Suite 815
Tulsa, OK 74120

USPS Certified Mail 70151660000077016939
PIERCE COUCH HENDRICKSON
BAYSINGER AND GREEN, LLP
1109 North Francis
Oklahoma City, Oklahoma 73106

_____
Martin L. Suarez Martinez, for Plaintiff(s)
1640 NW 27TH ST
LAWTON, OK 73505
(580) 355-2503

M & S Suarez
1640 NW 27TH ST
LAWTON, OK

OKLAHOMA CITY OK 730

RECEIVED
JAN - 6 2016
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

Clerk, United States District Court
Western District of Oklahoma
200 N.W. 4th Street, Room 1210
Oklahoma City, OK 73102

73102$002710