IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA



MARTIN L. SUAREZ-MARTINEZ
AND STEPHANIE L. SUAREZ-OLIVER
(H&W)

      Plaintiffs,

v.

WELLS FARGO BANK, N.A.

      Defendant.

Case No. 14-cv-1322-M

Hon. Judge Vicki Miles-LaGrange

## CERTIFICATE OF COMPLIANCE

This is to certify that a NOTICE OF REQUEST FOR PRODUCTION OF DOCUMENTS TO NON-PARTY, and REQUEST FOR PRODUCTION OF DOCUMENTS TO NON-PARTY, true and correct copy dated December 29, 2015, were served on the Non-party Defendant's attorney and Defendant by USPS Certified Mail, on December 30, 2015 at the following address:

USPS Certified Mail 70151660000077016977
PIERCE COUCH HENDRICKSON
BAYSINGER AND GREEN, LLP
1109 North Francis
Oklahoma City, Oklahoma 73106

Martin L. Suarez Martinez, for Plaintiff(s)
1640 NW 27TH ST
LAWTON, OK 73505
(580) 355-2503